A CERTIFIED TRUE COPY

MAY 11 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED    MAY 11 2005

CLERK'S OFFICE

FILED
CLERK'S OFFICE
'05 MAY 16 P 2:54

DOCKET NO. 1629

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE A)*

*ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in the 21 actions listed on the attached Schedule A on April 13, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 21 actions submitted a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer with respect to these 21 actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on April 13, 2005, is LIFTED, and thus these 21 actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

SCHEDULE A

MDL-1629 — In re Neurontin Marketing, Sales Practices and Products Liability Litigation

Southern District of Alabama

*Darlene Owens, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-768

District of New Jersey

*James H. Whitehouse, Sr., et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-6257

Northern District of New York

*Frank Vercillo, Jr. v. Pfizer, Inc., et al.*, C.A. No. 5:05-32

Southern District of New York

*Gary L. Lyman, etc., et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-6704
*Mark Minisquero, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-7297
*Nicole Justine James v. Pfizer, Inc., et al.*, C.A. No. 1:04-7374
*Jay DiGiacomo v. Pfizer, Inc., et al.*, C.A. No. 1:04-7962
*Avrill C. Aronson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8721
*Joy Dodson, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8963
*Timothy P. Scott, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8990
*Dorothy Kern v. Pfizer, Inc., et al.*, C.A. No. 1:04-9249
*John Dees, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-9304
*Peter Veraas v. Pfizer, Inc., et al.*, C.A. No. 1:04-9429
*Theodore Populis, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10265
*Kathleen Wilson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-72
*William Montgomery v. Pfizer, Inc., et al.*, C.A. No. 1:05-73
*Michael Mendoza v. Pfizer, Inc., et al.*, C.A. No. 1:05-74
*Johnnie Hargrove v. Pfizer, Inc., et al.*, C.A. No. 1:05-75
*Shanan Feyer, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-76
*Gregory Retzer v. Pfizer, Inc., et al.*, C.A. No. 1:05-77
*Sidney Brown, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-237

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:04-cv-09304-JSR

Dees et al v. Pfizer Inc. et al
Assigned to: Judge Jed S. Rakoff
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 11/24/2004
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**John Dees**    represented by **Andrew G. Finkelstein**
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
914-562-0203
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Dees**    represented by **Andrew G. Finkelstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eleanor Louise Polimeni**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**    represented by **Erik March Zissu**
Davis Polk & Wardwell

450 Lexington Avenue
New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**
*a division of Warner-Lambert Company and Warner-Lambert Company LLC*

represented by **Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**

represented by **Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company LLC,**

represented by **Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2004 | 1 | COMPLAINT against Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company LLC,. (Filing Fee $ 150.00, Receipt Number 527316)Document filed by Betty Dees, John Dees.(jjm, ) Additional attachment(s) added on 12/1/2004 (jjm, ). (Entered: 11/29/2004) |
| 11/24/2004 | | SUMMONS ISSUED as to Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company LLC,. (jjm, ) (Entered: 11/29/2004) |
| 11/24/2004 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (jjm, ) (Entered: 11/29/2004) |
| 11/24/2004 | | Case Designated ECF. (jjm, ) (Entered: 11/29/2004) |
| 12/16/2004 | 2 | NOTICE OF CASE REASSIGNMENT to Judge Jed S. Rakoff. Judge Thomas P. Griesa no longer assigned to the case. (laq, ) Additional attachment(s) added on 1/3/2005 (laq, ). (Entered: 01/03/2005) |
| 01/03/2005 | | Mailed notice to the attorney(s) of record. (laq, ) (Entered: 01/03/2005) |
| 01/07/2005 | 3 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of all plaintiffs (Polimeni, Eleanor) (Entered: 01/07/2005) |

| | | |
|---|---|---|
| 01/11/2005 | 4 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Pfizer Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company LLC,.(Zissu, Erik) (Entered: 01/11/2005) |
| 01/11/2005 | 5 | ANSWER to Complaint. Document filed by Pfizer Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company LLC,.(Zissu, Erik) (Entered: 01/11/2005) |
| 01/12/2005 | 6 | CERTIFICATE OF SERVICE of Answer served on Kenneth B. Fromson, Esq., Finkelstein & Partners on January 11, 2005. Service was made by Mail. Document filed by Pfizer Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company LLC,. (Zissu, Erik) (Entered: 01/12/2005) |
| 01/31/2005 | 7 | CERTIFICATE OF SERVICE of Defendants' Disclosure of Interested Persons 7.1 Statement served on Kenneth B. Fromson, Esq., Finkelstein & Partners on 01/11/2005. Service was made by Mail. Document filed by Pfizer Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company LLC,. (Zissu, Erik) (Entered: 01/31/2005) |
| 02/01/2005 | 8 | AFFIDAVIT OF SERVICE of Summons and Complaint. Parke-Davis served on 1/4/2005, answer due 1/24/2005. Service was accepted by Elizabeth Carducci Staehl, Managing Agent. Document filed by John Dees; Betty Dees. (Polimeni, Eleanor) (Entered: 02/01/2005) |
| 02/01/2005 | 9 | AFFIDAVIT OF SERVICE of Summons and Complaint. Warner-Lambert Company served on 1/4/2005, answer due 1/24/2005. Service was accepted by Elizabeth Carducci Staehl, Managing Agent. Document filed by John Dees; Betty Dees. (Polimeni, Eleanor) (Entered: 02/01/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/17/2005 16:29:35 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-09304-JSR |
| Billable Pages: | 2 | Cost: | 0.16 |